UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

DIANA CAMILLE HENNING            Chapter 7
                                               Case No.: 17-71189-reg
                 Debtor,
------------------------------------------------------------X

## ORDER APPROVING RETENTION OF AUCTIONEER

       Upon the annexed application (the "Application") of Richard L. Stern, Esq., as the Chapter 7 Trustee of the estate of (the "Debtors"), by their attorneys, Macco & Stern, LLP, seeking authority to employ Maltz Auctions, Inc. as auctioneer ("Auctioneer") for the sale of property located at 511 Woodbury Rd., Cold Spring Harbor, NY 11724 in which the Estate possesses an interest; upon the Affidavit of Richard B. Maltz, President of Maltz Auctions, Inc. and the Court being satisfied, based upon the representations contained in the application, that the Auctioneer does not hold or represent any interest adverse to this Estate, and is a disinterested person within the meaning of 11 U.S.C.§101(14); and no notice of this Application being required under Bankruptcy Rule 2014(a) it is,

       **ORDERED,** that under 11 U.S.C. §327 (a) and E.D.N.Y. LBR 6005-1(a), the Trustee is authorized to employ Maltz Auctions, Inc. as auctioneer with respect to conducting a public auction sale of the Estate's interest in the property located at 511 Woodbury Rd., Cold Spring Harbor, NY 11724,

       **ORDERED,** that the Auctioneer shall only receive commissions in the form of a buyer's premium in the amount of 5% of the gross sale price of the property and the estate shall not be responsible to pay the Auctioneer any commission,

       **ORDERED,** that all fees and reimbursements of expenses to the Auctioneer shall be subject to proper application and order of this Court pursuant to E.D.N.Y LBD 6005-1(b).

No Objection
Office of the U.S. Trustee
By _/S/ Stan Y. Yang  1/9/2018_



**Dated: Central Islip, New York**                       **Robert E. Grossman**
        **January 12, 2018**                                 **United States Bankruptcy Judge**